**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**RECEIVED**

DEC 29 2023 JCM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Cornelious

W.

DuFFie

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:24-cv-00039
Judge Matthew F. Kennelly
Magistrate Judge Sheila M. Finnegan
PC 7/Direct
CAT. 3

vs.

"HeRNANDez"

"K. Sudduth, JR" 19870

"MAYO"

"John doe" maybe (4)

"Thomas J. Dart"

"B. Lombardi 3316

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   **U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
   **28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Cornelious W. Duffie

B. List all aliases:

C. Prisoner identification number: Y50661

D. Place of present confinement: Cook County Department of Corrections

E. Address: 2700 S. California Ave. Chicago IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: "Hernandez"

Title: Correctional Officer/Deputy Sheriff

Place of Employment: Cook County department of Corrections

B. Defendant: "K. Sudduth J.R"

Title: Correctional Officer/Deputy Sheriff

Place of Employment: Cook County department of corrections

C. Defendant: "MAYO"

Title: Correctional Officer/Deputy Sheriff

Place of Employment: Cook County department of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Continue from page 2.

D.)
Defendant: "John Doe" (4)
Title: Correctional officer/Deputy sheriff
Place of employment: Cook County department of corrections

E.)
Defendant: Thomas J. Dart
Title: Sheriff
Place of empolyment: Cook County

F.) Defendant: B. Lombardi
Title: Sargent/white shirt/Deputy Sheriff
Place of employment: Cook County Department of correction

2A

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A.    Name of case and docket number: _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: **Cornelias W. Duffie**

    D.    List all defendants: _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): **U.S. District Court Northern District of Illinois**

    F.    Name of judge to whom case was assigned: _____

    G.    Basic claim made: **Excessive Force**

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

### Claim #1

On October, 19th, 2023 between 8 to 11 pm OFFicer "MAYO" and "K.Sudduth.JR" star #19070 was instructed to decontamenate my Green Jump suit. Because I was mace during a Fight I had with another Inmate. When we arrived to holding OFFicer "mayo" the holding OFFicer OF division 9 at the time only change out/decontamenated the other Inmate Do.C Clothing and not my Green Jump suit. I ask OFFicer "mayo" several times iF I can have a change of clothing/Jump suit and was told iF I take oFF the Jump suit I was gone recieve another write up. I inform OFFicer "Mayo" the Jump suit had mace on it and it was burning my skin. and while he was aware OF the mace on my Jump suit. I still didn't have it changed out untill two days later October 21,2023 Inbetween those two days I inform several officers that my Jump suit needed to be decontamenated and the residue was bothering me. Because I had to constantly put it on to go to the shower, dayroom and get meds the other OFFicers I inform to change out my Jump suit was

4

Revised 9/2007

request Form but recieve no medical attention for the matter.

Claim #3

Thomas J Dart is directly and Indirectly responsible for his deputies act and omissions because he neglected to properly or did not at all train them how to protect me, refrain From using excessive Force against me, and basic knowledge on aiding my need for adequate medical attention.

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to press criminal charges but if I am not allowed to. Then I am seeking monetary relief for such damages the court finds. Just may the court also center a order againts all C.C.D.O.C employee's to never physically abuse me or deprive me from adequate medical attention again. And to decontamenate clothing when need it.

**VI.    The plaintiff demands that the case be tried by a jury.**    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _November_ day of _08_ , 20 _23_

_____
(Signature of plaintiff or plaintiffs)

Cornelious W. Duffie
(Print name)

202308200057
(I.D. Number)

_____

2700 S. California

Chicago Iz, 60008
(Address)

Revised 9/2007

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

## INDIVIDUAL IN CUSTODY GRIEVANCE FORM

*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME (Imprimir - Apellido del individuo): | PRINT - FIRST NAME (Imprimir – Primer nombre del individuo): | BOOKING NUMBER (# de identificación) |
|---|---|---|
| Dukie | Quintine | 20130010137 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.**

*Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.*

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language **and** must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.

*El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.*

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|

I was being escorted to segregation by the above-mentioned officer's when they uncuffed then recuffed me using extreme force to turn my hands so the outside of my wrist were facing each other, they serched me then while being walk to the tier they started twisting my wrist and fingers causing me excruciating pain and bruises to both wrist and numbness to my back-right hand, wrist fingers and thumb I requested medical attention verbally and through medical slips but never recieved.

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo costodia)* |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: |
|---|---|---|
| SGT MOORE | | 240005 |
| | CRW NOTATION OF SENT EMAIL (Print): | DATE EMAIL NOTIFICATION SENT: |

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent:_____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| Duffie | Cornelius | 20230820057 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 9 | 1-A | |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.**

*Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.*

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language <u>and</u> must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.

*El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.*

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED -<br>DATE OF INCIDENT<br>*(Fecha del Incidente)* | REQUIRED -<br>TIME OF INCIDENT<br>*(Hora del incidente)* | REQUIRED -<br>SPECIFIC LOCATION OF INCIDENT<br>*(Lugar Específico del Incidente)* | REQUIRED -<br>NAME and/or IDENTIFIER(S) OF ACCUSED<br>*(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| | | | |

well and gave

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:<br>*(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody : *(Individuo bajo costodia):* |
|---|---|
| | |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: |
|---|---|---|
| | | |

| CRW NOTATION OF SENT EMAIL (Print): | DATE EMAIL NOTIFICATION SENT: |
|---|---|
| | |

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

**CONTROL NUMBER:** 2023X/6632 667386

Individual In Custody SHORT #

**PRINT: CRW LAST NAME:** Jewell

---

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

**Individual In Custody LAST NAME:** Duffie

**Individual In Custody FIRST NAME:** Cornelius

**BOOKING ID # :** 20230820057

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 332 Hand cuffing

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ):** OG

**DATE REFERRED:** 10/29/23

---

### RESPONSE BY PERSONNEL HANDLING REFERRAL

IIC was seen and cleared in Division 9 Dispensary on 10/19/23.

**RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR#** PRINT LT LUDWIG 710

**SIGNATURE:** 710 PRINT 710

**DIV./DEPT.** 9

**DATE:** 10/31/23

---

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY | *(Esta sección debe ser completada por el individuo.)*

**INDIVIDUAL IN CUSTODY SIGNATURE (Firma del individuo bajo custodia.):**

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 11/8/23

---

### INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL *( Solicitud de apelación del individuo )*

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.

  *Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*

**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* 11/8/23

I Never went to Dispensary you can check the cameras, I Never gotten medical attention for this matter I was in the hole 1 south catwalk when this happen never seen Dispensary since I been here still need medical attention for this matter

---

### DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?

*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*

**Yes** **No** (circled)

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original response to stand — IIC may choose to follow up w/ Medical directly (via) HSRF useage.

**IIC SERVICES DIRECTOR/DESIGNEE** *(Director de Servicios de IIC / Designado):* J. Miller

**SIGNATURE** *(Firma):*

**DATE** *(Fecha):* 11/17/23

---

*Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.*
*(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

**DATE APPEAL RESPONSE/DECISION WAS FORWARDED:**
*(Fecha en que se envió la respuesta/decisión de apelación.)*
NOV 2 0 2023

(FCN-08 )(FEB 23)     (WHITE COPY – IIC SERVICES)     (YELLOW COPY – CRW)     (PINK COPY – INDIVIDUAL IN CUSTODY)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*
## INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

**CONTROL NUMBER:** 2023×16832    66738G    Individual In Custody SHORT

**PRINT: CRW LAST NAME:** M. Mitchell

## INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

**Individual In Custody LAST NAME:** Duffie

**Individual In Custody FIRST NAME:** Cornelious

**BOOKING ID # :** 20230820057

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 260 - Misconduct (physical) sworn staff

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):** OPR IIC

**DATE REFERRED:** 11 / 1 / 23

## RESPONSE BY PERSONNEL HANDLING REFERRAL

SEE ATTACHED

SUPV L FENDERSN

**RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR#** PRINT SUPV L FENDERSN

**SIGNATURE:** PRINT

**DIV./DEPT.:** IIC Secur.

**DATE:** 11 / 1 / 23

## THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY ! *(Esta sección debe ser completada por el individuo.)*

**INDIVIDUAL IN CUSTODY SIGNATURE *(Firma del individuo bajo custodia.)*** Corn D

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 11 / 2 / 23

## INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL *( Solicitud de apelación del individuo )*

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.
  *Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*
**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* 11 / 2 / 23

Can some thing please be done abot this matter, because I was treated bogus

## DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*

**Yes**    (**No**)

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original Response to Stand

**IIC SERVICES DIRECTOR/DESIGNEE** *(Director de Servicios de IIC / Designado):* J. Mueller

**SIGNATURE** *(Firma):*

**DATE** *(Fecha):* 11 / 8 / 23

**Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.**
*(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

**DATE APPEAL RESPONSE/DECISION WAS FORWARDED:**
*(Fecha en que se envió la respuesta/decisión de apelación.)* NOV 13 2023

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

**CONTROL NUMBER:** 2023 x 18045

Individual In Custody SHORT: 667386

**PRINT: CRW LAST NAME:** Williams

---

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

**Individual In Custody LAST NAME:** Duffie

**Individual In Custody FIRST NAME:** Cornelius

**BOOKING ID #:** 2023 0820057

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 200 - Medical Treatment

**IMMEDIATE CRW RESPONSE (if applicable):** CRW contacted Division 11 Dispensary to make them aware of IIC's issue. Per Dispensary, no HSRF has been submitted since

**CRW/ REFERRED THIS GRIEVANCE TO (*Example: Superintendent, Cermak Health Services*):** Cermak

**DATE REFERRED:** 12/4/23

---

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Dear Mr. Duffie, Thank you to bringing this concern to our attention. Attempted and failed to see delivered IIC admitted to dit unit. You have an order for Primary Care Clinic will be scheduled.

DEC 5 '23 @ 9:19

**RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR#:** Susan Shebel

**SIGNATURE:**

**DIV./DEPT.:**

**DATE:** 12/12/23

---

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY (*Esta sección debe ser completada por el individuo.*)

**INDIVIDUAL IN CUSTODY SIGNATURE (*Firma del individuo bajo custodia.*):**

**DATE RESPONSE WAS RECEIVED:** (*Fecha en que la respuesta fue recibida*) 12/19/23

---

### INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL (*Solicitud de apelación del individuo*)

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.

  *Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** (*Base de apelación del individuo.*)

**DATE OF APPEAL REQUEST:** (*Fecha de la solicitud de la apelación.*) _____/_____/_____

---

### DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*

**Yes** ☐  **No** ☐

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (*Decisión o recomendación por parte del Director de Servicios de IIC / Designado.*)

**IIC SERVICES DIRECTOR/DESIGNEE** (*Director de Servicios de IIC / Designado*):

**SIGNATURE** (*Firma*):

**DATE** (*Fecha*): _____/_____/_____

---

Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.
*(Su respuesta de apelación y/o decisión será entregada al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

**DATE APPEAL RESPONSE/DECISION WAS FORWARDED:** (*Fecha en que se envió la respuesta/decisión de apelación.*) _____/_____/_____

230820057



Div-11-DH
P.O Box 089002
Chicago IL, 60608

RECEIVED

DEC 29 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



12/29/2023-2

United States District court
219 S. Dearborn St. 20th floor
Chicago IL, 60604