MR

**FILED**

AUG 28 2025 LJ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

To the Clerk of court

RE: 24-C-0039, 24-C-0028

I write this letter to notify the court that I have not heard anything from the courts or from my new attorney. But I did recieve a letter here at Western Illinois Correctional Center. That a In person status hearing was held on Aug-8-2025. And I just want to make sure that I will be updated on what going on Because I have not had and update since June-25-2025. When I received a letter here at Western Illinois Correction Center. Saying attorney has Been appointed to the above cases. I ask if I can please have an update on whats going on. I also ask if the courts can have attorney Juris kin, Davis McGrath Contact me because it very hard for me to reach out to them with the strict dayroom hours thats giving to me at this Facility

8-12-2025

Cornelious Duffie

#Y50661

Cornelious Daffie #Y50661
W.I.C.C
2500 RT 99 South
MT. Sterling, IL 62353

RECEIVED

AUG 28 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

" Legal mail "

This Correspondence is from
an Individual in Custody in the
Illinois Department of Corrections

FIRST-CLASS

US POSTAGE AND PITNEY BOWES

ZIP 62353
$ 000.74

08/28/2025-8

Office of
Clerk of the U.S District Court
United States Courthouse

UNABLE TO FORWARD/FOR REVIEW
601  AA   N  C0008/24/25
**C005**

FWD
60604>1800

BC: 60604180099 DU *1276-02085-24-33

"Legal mail"