**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **CORNELIUS DUFFIE, (Y50661),** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 24-CV-00039** |
| **V.** | ) | |
| | ) | **Hon. Matthew F. Kennelly** |
| **HERNANDEZ, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S AGREED MOTION TO EXTEND THE TIME
TO FILE AN AMENDED COMPLAINT**

Plaintiff, CORNELIUS DUFFIE ("Plaintiff"), by and through his attorney, Joshua D. Holleb, and pursuant to Fed. R. Civ. P. 15, herein moves this Court for an order extending the time for the Plaintiff to file an Amended Complaint.

1.      The Complaint in this matter was filed on December 29, 2023.  On June 26, 2025, the undersigned was appointed by the Court to represent Plaintiff in this case and another case, *Duffie v. Bakowski, et al.,* No. 24-CV-00028.  By order dated December 9, 2025 (Docket # 63), the Court granted Plaintiff until February 2, 2026 to file an Amended Complaint.  The undersigned has communicated multiple times with Plaintiff who is incarcerated.

2.      Since that time, the undersigned has communicated with Defendants' counsel, John McInerney, who has agreed to voluntarily provide Rule 26(a)(1) disclosures so that the undersigned can determine the facts underlying Plaintiff's Complaint.  Accordingly, Plaintiff requests an extension of the time, from February 2, 2026 to March 31, 2026, to file an Amended Complaint.

3. The undersigned counsel for the Plaintiff has conferred by telephone with counsel for Defendants, John McInerney, regarding this Motion and both parties concur in the relief requested.

WHEREFORE, for all of the foregoing reasons, the Plaintiff requests that its Motion be granted and that the Court enter an order extending the time for the Plaintiff to file an Amended Complaint to March 31, 2026.

Dated: January 28, 2026

Respectfully submitted,

**CORNELIUS DUFFIE**

By: s/Joshua D. Holleb
One of His Attorneys

JOSHUA D. HOLLEB (#6185409)
KLEIN PAULL HOLLEB & JACOBS, LTD.
660 LaSalle Place, Suite 100
Highland Park, Illinois 60035
847-681-9100
jdh@labor-law.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing

**Plaintiff's Agreed Motion to Extend the Time to File an Amended Complaint** was served

upon:

John McInerney
COOK COUNTY STATE'S ATTORNEY'S OFFICE
50 West Washington Street, Suite 500
Chicago, IL 60602
John.McInerney2@cookcountysao.org

*via Court E-Filing system*, this 28th day of January, 2026.

s/ Joshua D. Holleb